**Fill in this information to identify your case:**

United States Bankruptcy Court for the:
Northern District of Illinois

Case number (if known): _____

Chapter you are filing under:
☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

☐ Check if this is an amended filing

FILED
STATES BANKRUPTCY COURT
NORTHERN DISTRICT OF ILLINOIS
APR 10 2018
JEFFREY P. ALLSTEADT, CLERK
INTAKE 1

Official Form 101

# Voluntary Petition for Individuals Filing for Bankruptcy   12/17

The bankruptcy forms use *you* and *Debtor 1* to refer to a debtor filing alone. A married couple may file a bankruptcy case together—called a *joint case*—and in joint cases, these forms use *you* to ask for information from both debtors. For example, if a form asks, "Do you own a car," the answer would be *yes* if either debtor owns a car. When information is needed about the spouses separately, the form uses *Debtor 1* and *Debtor 2* to distinguish between them. In joint cases, one of the spouses must report information as *Debtor 1* and the other as *Debtor 2*. The same person must be *Debtor 1* in all of the forms.

Be as complete and accurate as possible. If two married people are filing together, both are equally responsible for supplying correct information. If more space is needed, attach a separate sheet to this form. On the top of any additional pages, write your name and case number (if known). Answer every question.

## Part 1: Identify Yourself

|  | About Debtor 1: | About Debtor 2 (Spouse Only in a Joint Case): |
|---|---|---|
| **1. Your full name**<br>Write the name that is on your government-issued picture identification (for example, your driver's license or passport).<br><br>Bring your picture identification to your meeting with the trustee. | Amy<br>First name<br><br>Marie<br>Middle name<br><br>Helmer<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) | _____<br>First name<br><br>_____<br>Middle name<br><br>_____<br>Last name<br><br>_____<br>Suffix (Sr., Jr., II, III) |
| **2. All other names you have used in the last 8 years**<br>Include your married or maiden names. | Amy<br>First name<br><br>Middle name<br>Helmer-Ruddy<br>Last name<br><br>Amy<br>First name<br><br>Middle name<br>Ruddy<br>Last name | First name<br><br>Middle name<br><br>Last name<br><br>First name<br><br>Middle name<br><br>Last name |
| **3. Only the last 4 digits of your Social Security number or federal Individual Taxpayer Identification number (ITIN)** | xxx – xx – 8 8 9 1<br>OR<br>9 xx – xx – ___ ___ ___ ___ | xxx – xx – ___ ___ ___ ___<br>OR<br>9 xx – xx – ___ ___ ___ ___ |

Official Form 101  Voluntary Petition for Individuals Filing for Bankruptcy  page 1

Debtor 1 **Amy Marie Helmer**
First Name   Middle Name   Last Name

Case number (if known) _____

**About Debtor 1:**

**About Debtor 2 (Spouse Only in a Joint Case):**

4. **Any business names and Employer Identification Numbers (EIN) you have used in the last 8 years**

   Include trade names and *doing business as* names

   ☑ I have not used any business names or EINs.

   _____
   Business name

   _____
   Business name

   ___ — _____
   EIN

   ___ — _____
   EIN

   ☐ I have not used any business names or EINs.

   _____
   Business name

   _____
   Business name

   ___ — _____
   EIN

   ___ — _____
   EIN

5. **Where you live**

   506 Helene Street
   Number   Street

   Shorewood   IL   60404
   City   State   ZIP Code

   Will
   County

   **If your mailing address is different from the one above, fill it in here.** Note that the court will send any notices to you at this mailing address.

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

   **If Debtor 2 lives at a different address:**

   _____
   Number   Street

   _____
   City   State   ZIP Code

   _____
   County

   **If Debtor 2's mailing address is different from yours, fill it in here.** Note that the court will send any notices to this mailing address.

   _____
   Number   Street

   _____
   P.O. Box

   _____
   City   State   ZIP Code

6. **Why you are choosing *this district* to file for bankruptcy**

   Check one:

   ☑ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

   _____
   _____
   _____

   Check one:

   ☐ Over the last 180 days before filing this petition, I have lived in this district longer than in any other district.

   ☐ I have another reason. Explain.
   (See 28 U.S.C. § 1408.)

   _____
   _____
   _____

Debtor 1  **Amy Marie Helmer**
_____First Name____Middle Name_____Last Name_____  Case number (if known) _____

## Part 2: Tell the Court About Your Bankruptcy Case

**7. The chapter of the Bankruptcy Code you are choosing to file under**

Check one. (For a brief description of each, see *Notice Required by 11 U.S.C. § 342(b) for Individuals Filing for Bankruptcy* (Form 2010)). Also, go to the top of page 1 and check the appropriate box.

☑ Chapter 7
☐ Chapter 11
☐ Chapter 12
☐ Chapter 13

**8. How you will pay the fee**

☐ **I will pay the entire fee when I file my petition.** Please check with the clerk's office in your local court for more details about how you may pay. Typically, if you are paying the fee yourself, you may pay with cash, cashier's check, or money order. If your attorney is submitting your payment on your behalf, your attorney may pay with a credit card or check with a pre-printed address.

☑ **I need to pay the fee in installments.** If you choose this option, sign and attach the *Application for Individuals to Pay The Filing Fee in Installments* (Official Form 103A).

☐ **I request that my fee be waived** (You may request this option only if you are filing for Chapter 7. By law, a judge may, but is not required to, waive your fee, and may do so only if your income is less than 150% of the official poverty line that applies to your family size and you are unable to pay the fee in installments). If you choose this option, you must fill out the *Application to Have the Chapter 7 Filing Fee Waived* (Official Form 103B) and file it with your petition.

**9. Have you filed for bankruptcy within the last 8 years?**

☑ No
☐ Yes. District _____ When ___/___/_____ Case number _____
         District _____ When ___/___/_____ Case number _____
         District _____ When ___/___/_____ Case number _____

**10. Are any bankruptcy cases pending or being filed by a spouse who is not filing this case with you, or by a business partner, or by an affiliate?**

☑ No
☐ Yes. Debtor _____ Relationship to you _____
         District _____ When ___/___/_____ Case number, if known _____
         Debtor _____ Relationship to you _____
         District _____ When ___/___/_____ Case number, if known _____

**11. Do you rent your residence?**

☐ No. Go to line 12.
☑ Yes. Has your landlord obtained an eviction judgment against you?
  ☑ No. Go to line 12.
  ☐ Yes. Fill out *Initial Statement About an Eviction Judgment Against You* (Form 101A) and file it as part of this bankruptcy petition.

Official Form 101          Voluntary Petition for Individuals Filing for Bankruptcy          page 3

Debtor 1  **Amy Marie Helmer**
   First Name   Middle Name   Last Name

Case number (if known)_____

### Part 3: Report About Any Businesses You Own as a Sole Proprietor

**12. Are you a sole proprietor of any full- or part-time business?**

A sole proprietorship is a business you operate as an individual, and is not a separate legal entity such as a corporation, partnership, or LLC.

If you have more than one sole proprietorship, use a separate sheet and attach it to this petition.

☒ No. Go to Part 4.

☐ Yes. Name and location of business

_____
Name of business, if any

_____
Number   Street

_____

_____
City               State   ZIP Code

Check the appropriate box to describe your business:

☐ Health Care Business (as defined in 11 U.S.C. § 101(27A))

☐ Single Asset Real Estate (as defined in 11 U.S.C. § 101(51B))

☐ Stockbroker (as defined in 11 U.S.C. § 101(53A))

☐ Commodity Broker (as defined in 11 U.S.C. § 101(6))

☐ None of the above

**13. Are you filing under Chapter 11 of the Bankruptcy Code and are you a *small business debtor*?**

For a definition of *small business debtor*, see 11 U.S.C. § 101(51D).

If you are filing under Chapter 11, the court must know whether you are a small business debtor so that it can set appropriate deadlines. If you indicate that you are a small business debtor, you must attach your most recent balance sheet, statement of operations, cash-flow statement, and federal income tax return or if any of these documents do not exist, follow the procedure in 11 U.S.C. § 1116(1)(B).

☒ No. I am not filing under Chapter 11.

☐ No. I am filing under Chapter 11, but I am NOT a small business debtor according to the definition in the Bankruptcy Code.

☐ Yes. I am filing under Chapter 11 and I am a small business debtor according to the definition in the Bankruptcy Code.

### Part 4: Report if You Own or Have Any Hazardous Property or Any Property That Needs Immediate Attention

**14. Do you own or have any property that poses or is alleged to pose a threat of imminent and identifiable hazard to public health or safety? Or do you own any property that needs immediate attention?**

For example, do you own perishable goods, or livestock that must be fed, or a building that needs urgent repairs?

☒ No

☐ Yes. What is the hazard? _____

_____

If immediate attention is needed, why is it needed? _____

_____

Where is the property? _____
                       Number   Street

_____

_____
City               State   ZIP Code

Official Form 101   Voluntary Petition for Individuals Filing for Bankruptcy   page 4

Debtor 1  **Amy Marie Helmer**
          First Name  Middle Name  Last Name

Case number (if known) _____

## Part 5: Explain Your Efforts to Receive a Briefing About Credit Counseling

**15. Tell the court whether you have received a briefing about credit counseling.**

The law requires that you receive a briefing about credit counseling before you file for bankruptcy. You must truthfully check one of the following choices. If you cannot do so, you are not eligible to file.

If you file anyway, the court can dismiss your case, you will lose whatever filing fee you paid, and your creditors can begin collection activities again.

**About Debtor 1:**

You must check one:

☑ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

**About Debtor 2 (Spouse Only in a Joint Case):**

You must check one:

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, and I received a certificate of completion.**
Attach a copy of the certificate and the payment plan, if any, that you developed with the agency.

☐ **I received a briefing from an approved credit counseling agency within the 180 days before I filed this bankruptcy petition, but I do not have a certificate of completion.**
Within 14 days after you file this bankruptcy petition, you MUST file a copy of the certificate and payment plan, if any.

☐ **I certify that I asked for credit counseling services from an approved agency, but was unable to obtain those services during the 7 days after I made my request, and exigent circumstances merit a 30-day temporary waiver of the requirement.**

To ask for a 30-day temporary waiver of the requirement, attach a separate sheet explaining what efforts you made to obtain the briefing, why you were unable to obtain it before you filed for bankruptcy, and what exigent circumstances required you to file this case.

Your case may be dismissed if the court is dissatisfied with your reasons for not receiving a briefing before you filed for bankruptcy.

If the court is satisfied with your reasons, you must still receive a briefing within 30 days after you file. You must file a certificate from the approved agency, along with a copy of the payment plan you developed, if any. If you do not do so, your case may be dismissed.

Any extension of the 30-day deadline is granted only for cause and is limited to a maximum of 15 days.

☐ **I am not required to receive a briefing about credit counseling because of:**

☐ **Incapacity.** I have a mental illness or a mental deficiency that makes me incapable of realizing or making rational decisions about finances.

☐ **Disability.** My physical disability causes me to be unable to participate in a briefing in person, by phone, or through the internet, even after I reasonably tried to do so.

☐ **Active duty.** I am currently on active military duty in a military combat zone.

If you believe you are not required to receive a briefing about credit counseling, you must file a motion for waiver of credit counseling with the court.

Debtor 1  **Amy Marie Helmer**
         First Name   Middle Name   Last Name

Case number (if known) _____

## Part 6: Answer These Questions for Reporting Purposes

**16. What kind of debts do you have?**

**16a. Are your debts primarily consumer debts?** *Consumer debts* are defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."

☐ No. Go to line 16b.
☑ Yes. Go to line 17.

**16b. Are your debts primarily business debts?** *Business debts* are debts that you incurred to obtain money for a business or investment or through the operation of the business or investment.

☐ No. Go to line 16c.
☐ Yes. Go to line 17.

16c. State the type of debts you owe that are not consumer debts or business debts.
_____

**17. Are you filing under Chapter 7?**

☐ No. I am not filing under Chapter 7. Go to line 18.
☑ Yes. I am filing under Chapter 7. Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available to distribute to unsecured creditors?

Do you estimate that after any exempt property is excluded and administrative expenses are paid that funds will be available for distribution to unsecured creditors?

☑ No
☐ Yes

**18. How many creditors do you estimate that you owe?**

☐ 1-49
☐ 50-99
☑ 100-199
☐ 200-999
☐ 1,000-5,000
☐ 5,001-10,000
☐ 10,001-25,000
☐ 25,001-50,000
☐ 50,001-100,000
☐ More than 100,000

**19. How much do you estimate your assets to be worth?**

☑ $0-$50,000
☐ $50,001-$100,000
☐ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

**20. How much do you estimate your liabilities to be?**

☐ $0-$50,000
☐ $50,001-$100,000
☑ $100,001-$500,000
☐ $500,001-$1 million
☐ $1,000,001-$10 million
☐ $10,000,001-$50 million
☐ $50,000,001-$100 million
☐ $100,000,001-$500 million
☐ $500,000,001-$1 billion
☐ $1,000,000,001-$10 billion
☐ $10,000,000,001-$50 billion
☐ More than $50 billion

## Part 7: Sign Below

**For you**

I have examined this petition, and I declare under penalty of perjury that the information provided is true and correct.

If I have chosen to file under Chapter 7, I am aware that I may proceed, if eligible, under Chapter 7, 11, 12, or 13 of title 11, United States Code. I understand the relief available under each chapter, and I choose to proceed under Chapter 7.

If no attorney represents me and I did not pay or agree to pay someone who is not an attorney to help me fill out this document, I have obtained and read the notice required by 11 U.S.C. § 342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

I understand making a false statement, concealing property, or obtaining money or property by fraud in connection with a bankruptcy case can result in fines up to $250,000, or imprisonment for up to 20 years, or both. 18 U.S.C. §§ 152, 1341, 1519, and 3571.

X *[signature]*                                    X _____
Signature of Debtor 1                              Signature of Debtor 2

Executed on  04/06/2018                            Executed on _____
            MM / DD / YYYY                                    MM / DD / YYYY

Debtor 1    **Amy Marie Helmer**          Case number *(if known)* _____
       First Name    Middle Name    Last Name

**For you if you are filing this bankruptcy without an attorney**

**If you are represented by an attorney, you do not need to file this page.**

The law allows you, as an individual, to represent yourself in bankruptcy court, but **you should understand that many people find it extremely difficult to represent themselves successfully. Because bankruptcy has long-term financial and legal consequences, you are strongly urged to hire a qualified attorney.**

To be successful, you must correctly file and handle your bankruptcy case. The rules are very technical, and a mistake or inaction may affect your rights. For example, your case may be dismissed because you did not file a required document, pay a fee on time, attend a meeting or hearing, or cooperate with the court, case trustee, U.S. trustee, bankruptcy administrator, or audit firm if your case is selected for audit. If that happens, you could lose your right to file another case, or you may lose protections, including the benefit of the automatic stay.

You must list all your property and debts in the schedules that you are required to file with the court. Even if you plan to pay a particular debt outside of your bankruptcy, you must list that debt in your schedules. If you do not list a debt, the debt may not be discharged. If you do not list property or properly claim it as exempt, you may not be able to keep the property. The judge can also deny you a discharge of all your debts if you do something dishonest in your bankruptcy case, such as destroying or hiding property, falsifying records, or lying. Individual bankruptcy cases are randomly audited to determine if debtors have been accurate, truthful, and complete. **Bankruptcy fraud is a serious crime; you could be fined and imprisoned.**

If you decide to file without an attorney, the court expects you to follow the rules as if you had hired an attorney. The court will not treat you differently because you are filing for yourself. To be successful, you must be familiar with the United States Bankruptcy Code, the Federal Rules of Bankruptcy Procedure, and the local rules of the court in which your case is filed. You must also be familiar with any state exemption laws that apply.

Are you aware that filing for bankruptcy is a serious action with long-term financial and legal consequences?

☐ No
☑ Yes

Are you aware that bankruptcy fraud is a serious crime and that if your bankruptcy forms are inaccurate or incomplete, you could be fined or imprisoned?

☐ No
☑ Yes

Did you pay or agree to pay someone who is not an attorney to help you fill out your bankruptcy forms?
☑ No
☐ Yes. Name of Person_____
     Attach *Bankruptcy Petition Preparer's Notice, Declaration, and Signature* (Official Form 119).

By signing here, I acknowledge that I understand the risks involved in filing without an attorney. I have read and understood this notice, and I am aware that filing a bankruptcy case without an attorney may cause me to lose my rights or property if I do not properly handle the case.

X /s/ Amy Helmer                          X _____
Signature of Debtor 1                 Signature of Debtor 2

Date   04/06/2018                        Date _____
      MM / DD / YYYY                          MM / DD / YYYY

Contact phone   (281) 512-5876            Contact phone _____

Cell phone _____             Cell phone _____

Email address   amyjen0209@gmail.com      Email address _____

*Amy Helmer*

```
                                             matrix.txt
Department of the Treasury
Internal Revenue Service
P.O. Box 7346
Philadelphia              , PA 19101-7346

Wells Fargo Financial
Acct# 63570537
135 S Weber Rd
Bolingbrook, IL 60490

Sunrise Credit Services, Inc
Acct# 16080075
PO Box 9168
Farmingdale, NY 11735-9168

North Shore Agency
Acct# 153020011216
270 Spagnoli Rd
Suite 110
Melville, NY 11747

MRS Associates of New Jersey
Acct# 3437081
1930 Olney Ave
Cherry Hill, NJ 08003

Receivables Performance Management LLC
Acct# 46028082
PO Box 1548
Lynnwood, WA 98046-1548

Verizon Wireless Bankruptcy Administration
Acct# 078670216100001
500 Technology Drive
Suite 550
Weldon Spring, MO 63304

UChicago Medicine Ingalls Memorial
PPC # 3184142
PO Box 27685
Chicago, IL 60673

Southwest Laboratory Physicians, SC
Acct# SWL 380808
Dept 77-9288
Chicago, IL 60678-9288

Medical Recovery Specialists, LLC
Acct# 10696222
2250 E Devon Ave
Ste 352
Des Plaines, IL 60018-4521

Medical Recovery Specialists, LLC
Acct# 10035822
2250 E Devon Ave
Ste 352
Des Plaines, IL 60018-4521

Silver Cross Hospital
Acct# F034443531
1900 Silver Cross Blvd
New Lenox, IL 60451-9508
                                                 Page 1
```

```
                                matrix.txt
Silver Cross Hospital
Acct# F040778572
1900 Silver Cross Blvd
New Lenox, IL 60451-9508

Silver Cross Hospital
Acct# F040442920
1900 Silver Cross Blvd
New Lenox, IL 60451-9508

CMRE Financial Services, Inc
Acct# 0040921618
3075 E Imperial Hwy
Suite 200
Brea, CA 92821-6753

Radiology Imaging Consultants, SC Harvey
Acct# 1551197-RICO-6856191
1 Ingalls Dr
Harvey, IL 60426

Credit Collection Services
Acct# 08060385907
725 Canton St
Norwood, MA 02062

American Medical Collection Agency
Pin# 90593551731
4 Westchester Plaza
Building 4
Elmsford, NY 10523

Quest Diagnostics
Act# 4311881563
PO Box 740397
Cincinnati, OH 45274-0397

Provena St Joseph Medical Center
Attn: Bankruptcy Acct# DC0025399974
333 N Madison St
Joliet, IL 60435-8200

Provena St Joseph Medical Center
Attn: Bankruptcy Acct# DC0029203142
333 N Madison St
Joliet, IL 60435-8200

Prairie Rheumatology Associates
Acct# 481471
10660 W 143rd St
Suite B
Orland Park, IL 60462

Plainfield High School
Acct# 1117331
12005 S 248th St
Plainfield, IL 60585

Blitt and Gaines, PC
661 Glenn Ave
Wheeling, IL 60090

                                Page  2
```

```
                                              matrix.txt
Midland Funding LLC
Attn: Bankruptcy Acct# 8568639848
PO Box 60578
Los Angeles, CA 90060-0578

One Main Financial Group, LLC
Acct# 6074390243368745
PO Box 790040
St. Louis, MO 63179-9819

Nutrisystem
Acct# 8154095144
1490 Nitterhouse Dr
Chambersburg, PA 17201

NCO Financial Systems, Inc
Acct# 0000499643
PO Box 15372
Wilmington,, DE 19850-5372

ATG Credit, LLC
Acct# 410723
PO Box 14895
Chicago, IL 60614-4895

ATG Credit, LLC
Acct# 373882
PO Box 14895
Chicago, IL 60614-4895

Naperville Radiologists, SC
Acct# 410723
6910 S Madison St
Willowbrook, IL 60527-5504

Naperville Radiologists, SC
Acct# 373882
6910 S Madison St
Willowbrook, IL 60527-5504

The Muller Firm, LTD
CED File: 16-1023
110 W Grand Ave
Chicago, IL 60654

Midwest Orthopaedics at Rush, LLC
Acct# 242248
1 Westbrook Corporate Center
Suite 240
Westchester, IL 60154

HRRG
Pin# 1.31045484.508
PO Box 5406
Cincinnati, OH 45273-7942

HCFS Healthcare Financial Services, LLC
Acct# 28614627-454-8026
Alcoa Billing Center
3429 Regal Dr
Alcoa, TN 37701-3265

Account Resolution Services
                                              Page 3
```

matrix.txt

Acct# 84787985
PO Box 459079
Sunrise, FL 33345-9079

Midwest Emergency Associates, LTD
Acct# 28614627-454-8026
PO Box 740023
Cincinnati, OH 45274-0023

Merrick Bank
Acct# 4120614073140589
PO Box 30537
Tampa, FL 33630-3537

Amplify Revenue Solutions, LLC
Acct# 162312
PO Box 678926
Dallas, TX 75267-8926

Medspring
Acct# 377324
PO Box 160247
Austin, TX 78716

The Law Office of Dawn R Underhill, PC
63 W Jefferson St
Joliet, IL 60432

Laboratory & Pathology Diagnostics, LLC
Acct# 224624049011
Department 4387
Carol Stream, IL 60122-4387

Medical Recovery Specialists, LLC
Acct# 10744201
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Medical Recovery Specialists, LLC
Acct# 10781859
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Medical Recovery Specialists
Acct# 3184142-1
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Ingalls Memorial Hospital
Acct# 3184142-1
1 Ingalls Dr
Harvey, IL 60426-3558

Ingalls Memorial Hospital
Acct# 2825382-1
1 Ingalls Dr
Harvey, IL 60426-3558

Ingalls Health Systems
Acct# 2830121-1

matrix.txt

PO Box 27685
Chicago, IL 60673-1276

IC Systems, Inc
Acct# 44343882001
PO Box 64378
St Paul, MN 55164

HealthLab
Acct# 1535318
25 N Winfield Rd
Winfield, IL 60190

Credit Collection Services
Acct# 050597546074408522474
725 Canton St
Norwood, MA 02062

Geico
P# 4408-52-24-74
One Geico Center
Macon, GA 31296-0001

Family Chiropractic, Ltd
Acct# 1130
12448 W 143rd St
Homer Glen, IL 60491-6894

Transworld Systems, Inc
Acct# 107P2-0008480136
500 Virginia Dr
Suite 514
Ft Washington, PA 19034

Enterprise Rent A Car PRM
Damage Recovery Unit-Bob
PO Box 801988
Kansas City, MO 64180

EMP of Will County, LLC
Attn 18922N Acct# 4956460A6385
4535 Dressler Rd NW
Canton, OH 44718-2545

Merchant Credit Guide Co
Ed Hosp Acct# 1002252740
223 W Jackson Blvd
Suite700
Chicago, IL 60606

Merchant Credit Guide Co
Acct# 08-172195706
223 W Jackson Blvd
Suite 700
Chicago, IL 60606

Merchant Credit Guide Co
Acct# 08-162213615
223 W Jackson Blvd
Suite 700
Chicago, IL 60606

Medical Recovery Specialists, LLC

Page 5

```
                                              matrix.txt
Acct# 10748267
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Medical Recovery Specialists, LLC
Acct# 9945193
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

Medical Recovery Specialists, LLC
Acct# 10361608
2250 E Devon Ave
Suite 352
Des Plaines, IL 60018-4521

United Collections Bureau, Inc
Acct# 13896833
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614

United Collections Bureau, Inc
Acct# 15636291
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614

United Collection Bureau, Inc
Acct# 12018812
5620 Southwyck Blvd
Suite 206
Toledo, OH 43614

Edward Hospital
Acct# 1001568500
PO Box 4207
Carol Stream, IL 60197-4207

Edward Hospital
Acct# 1001083497
PO Box 4207
Carol Stream, IL 60197-4207

Edward Hospital
Acct# 1002252740
PO Box 4207
Carol Stream, IL 60197-4207

DuPage Medical Group
Acct# 1435092
15921 Collections Center Dr
Chicago, IL 60693-0159

Enhanced Recovery Company, LLC
Acct# 71231096
PO Box 57610
Jacksonville, FL 32241

Convergent Outsourcing, Inc
Acct# T-44119043
PO Box 9004
                                               Page 6
```

matrix.txt

Renton, WA 98057

Direct TV
Attn Bankruptcy Acct 71231096
PO Box 6550
Greenwood Village, CO 80155-6550

C&R Medical Group
Acct# 16153
PO Box 5602
Carol Stream, IL 60197-5602

Financial Recovery Services, Inc
Acct# RVV110
PO Box 385908
Minneapolis, MN 55438-5908

LVNV Funding, LLC
Acct# 4447962239082120
200 Meeting Street
Suite 206
Greenville, SC 29601

Credit One Bank
Acct# 4447962239082120
PO Box 98873
Las Vegas, NV 89193-8873

Creditors Discount & Audit Co
Acct# 253139J24574
415 E Main St
Streator, IL 61364

Comprehensive Pathology Services
Acct# CPS10976
26570 Network Place
Chicago, IL 60673-1265

Credit Management LP
Ref# 059244592
4200 International Parkway
Carrollton, TX 75007-1912

Convergent Outsourcing. Inc
Acct# R-37264110
PO Box 9004
Renton, WA 98057

Afni, Inc
Acct# 064409257-01
PO Box 3517
Bloomington, IL 61702-3517

Comcast
Acct# 8771201600349249
41112 Concept Dr
Plymouth, MI 48170-4253

City of Joliet
Acct# 139513-365680
150 W Jefferson St
Joliet, IL 60432-4158

```
                                        matrix.txt
City of Chicago
Dept of Finance Citation Admin
PO Box 5289
Chicago, IL 60680

Citifinancial Servicing LLC
Acct# 1F065120091801041907
1000 Technology Dr
O'Fallon, MO 63368

Real Time Solutions, Inc
Acct# L000253933
PO Box 566027
Dallas, TX 75356-6027

Check N Go
Acct# L000253933
7755 Montgomery Rd
Suite 400
Cincinnati, OH 45236

Chase Auto Finance
Acct# 486988
PO Box 901076
Fort Worth, TX 76101-2076

Charter Fitness of Shorewood
RE A Helmer
857 Center Court
Shorewood, IL 60431

Central Dupage Hospital
Acct# 1535318
PO Box 4090
Carol Stream, IL 60197-4090

Catherine Elliot-Dunne
CED File# 16-1023
1037 Howell Place
Suite 404
Aurora, IL 60505-5777

Northland Group, Inc
Acct# F64660562
PO Box 390846
Minneapolis, MN 55439

Northland Group, Inc
Acct# F80048613
PO Box 390846
Minneapolis, MN 55439

Firstsource Advantage, LLC
Acct# 29932217
205 Bryant Woods South
Amherst, NY 14228

Firstsource Advantage, LLC
Acct# 31126525
205 Bryant Woods South
Amherst, NY 14228

Portfolio Recovery Associates, LLC
                                        Page 8
```

matrix.txt

Cap One# 8450
PO Box 41067
Norfolk, VA 23541-1067

Portfolio Recovery Associates, LLC
Cap One# 3107
PO Box 41067
Norfolk, VA 23541-1067

Capital One Services, LLC
Acct# 8450
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Services, LLC
Acct# 5178057694023107
PO Box 30285
Salt Lake City, UT 84130-0285

Capital One Auto Finance
Acct# 62062152338751001
7933 Preston Road
Plano, TX 75024-2302

Cadence Health
Acct# 1535318
25 N Winfield Rd
Winfield, IL 60190

Afni, Inc
Acct# 050652819-01
Po Box 3517
Bloomington, IL 61702-3517

Afni, Inc
Acct# 043524586-01
PO Box 3517
Bloomington, IL 61702-3517

ATT U-Verse
Acct# 554103078
PO Box 769
Arlington, TX 76004

ATT U-Verse
Acct# 103554078
PO Box 769
Arlington, TX 76004

Transworld Systems Inc
Acct# 9082U0001021017
500 Virginia Dr
Suite 514
Ft Washington, PA 19036

ATI Physical Therapy
Acct# 1021017
PO Box 371863
Pittsburgh, PA 15250

ATG Credit, LLC
Acct# 765064X
PO Box 14895

matrix.txt

Chicago, IL 60614-4895

Creditors Collection Bureau, Inc
File# 6219492
PO Box 63
Kankakee, IL 60901-0063

Associated Radiologists of Joliet, SC
Acct# 128014
6801 W 173rd St
Bedford Park, IL 60499-0637

Associated Radiologists of Joliet, SC
Acct# 6041282441
6801 W 173rd St
Suite 637
Bedford Park, IL 60499-0637

Action Financial Services
Acct# 1025595590
PO Box 3250
Central Point, OR 97502

American Student Assistence
Acct# 1042595
100 Cambridge St
Suite 1600
Boston, MA 02114

Allied Interstate, Inc
Acct# P90003217
PO Box 361684
Columbus, OH 43236